JAMES TALCOTT, INC., Respondent, *v.* J. J. OZDOBA, INC., et al., Appellants.

Argued January 21, 1954; decided March 12, 1954.

*Samuel R. Rudey* and *Herbert N. Bobrow* for David L. Shindler, appellant.

*Chester A. Lessler* for J. J. Ozdoba, Inc., and another, appellants.

*Melvin Liebowitz, Reuben Golin* and *Arthur A. Litt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.